BAXTER *v.* GORDON COUNTY.

FISH, C. J.   Under the pleadings and the evidence there was no abuse of discretion in refusing the interlocutory injunction.

*Judgment affirmed.   All the Justices concur.*

No. 75.   FEBRUARY 13, 1918.

Petition for injunction.   Before Judge Fite.   Gordon superior court.   December 8, 1917.

*M. B. Eubanks,* for plaintiff.   *Neel & Neel,* for defendant.